**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 02, 2025
Nathan Ochsner, Clerk

In Re: Freshquita Brands, LLC

**Debtor(s)**

Case No.: 24–70288

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Christopher R Murray is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/2/25

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge